# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00300-CV

**Theresa Jones, Appellant**

**v.**

**Leander Healthcare Center and Allen R. Mauldin, Appellees**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT NO. 11-346-C368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Theresa Jones filed an interlocutory notice of appeal from an order partially granting plaintiff's request for a temporary injunction. No signed order exists in the appellate record. Jones represented in a letter to this Court that the parties are currently in the process of securing a type-written final order from the trial court. We therefore abate this cause to the trial court until a final order is submitted to this Court as a supplemental record. The trial court is directed to either supplement the appellate record with its final order or file a status report within 30 days. Appellant's brief will be due 20 days after the date the final order is signed. *See* Tex. R. App. P. 38.6.

Before Chief Justice Jones, Justices Pemberton and Henson

Abated

Filed:   August 3, 2011